Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant SANJIV KAKKAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-0736 EJD  [PSG] |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER MODIFYING RELEASE** |
| vs. ) | **CONDITIONS** |
| ) | |
| SANJIV KAKKAR, et al ) | |
| ) | |
| Defendants ) | |

The parties stipulate, and request that the court Order, the following:

1. Mr. Sanjiv Kakkar and his wife Neelam Kakkar are charged in a seven count indictment with false statements to a bank (Count One, 18 U.S.C. Sect. 1014) and wire fraud, (Counts Two through Seven, 18 U.S.C. Sect. 1343).

STIPULATION AND PROPOSED ORDER MODIFYING RELEASE CONDITIONS. - 1

2.      On November 22, 2013, 2013 both defendants appeared before Magistrate Nathanael Cousins for arraignment and identification of counsel.  Both defendants were ordered released on conditions that included a $100,000 bond.  On December 4, 2013 a further bond hearing was held before Magistrate Paul S. Grewal.  Mr. Kakkar was ordered to submit to an additional condition of electronic monitoring as he had not at that time begun a state court sentence that was required to be served on electronic monitoring.

3.      The delay in the state court electronic monitoring sentence was due to the relocation of Mr. Kakkar's probation supervision to Santa Clara County from Santa Cruz County.  That transition is complete, and Mr. Kakkar is now wearing two electronic monitors.  There have been no compliance issues with either the state or federal monitoring.

3.      Mr. Kakkar is requesting that the condition of electronic monitoring as a condition of his release conditions be deleted.   The United States, through Assistant United States Attorney Amie Rooney, does not oppose the deletion of the electronic monitoring, nor does Pretrial Services.  The State Court monitoring includes GPS location monitoring, and is therefore more comprehensive than the monitoring imposed by Pretrial Services.  The parties agree that it makes little sense for Mr. Kakkar to be subject to electronic monitoring by two different jurisdictions at the same time.    Should the State Court monitoring terminate for any reason prior to the resolution of the instant case, the parties will advise the court for possible re-imposition of this condition.

STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING RELEASE CONDITIONS. - 2

5. For the above reasons, the parties respectfully request that the release conditions for Mr. Kakkar be modified, and that the electronic monitoring condition be deleted.

Respectfully submitted,

Dated: March 6, 2014         By:_____/s/_____
                              PETER A. LEEMING,
                              Attorney for Sanjiv Kakkar


                             _/s/ Amie Rooney___
                             Assistant U.S. Attorney

STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING RELEASE CONDITIONS. - 3

|   |   |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. CR 13-0736 EJD  [PSG] |
|                               ) |  |
|        Plaintiff,             ) | [~~PROPOSED~~] **ORDER MODIFYING** |
|                               ) | **RELEASE CONDITIONS** |
|    vs.                        ) |  |
| SANJIV KAKKAR, et al,         ) |  |
|        Defendants             ) |  |

For the reasons stated in the above Stipulation, the requirement that Mr. Sanjiv Kakkar be subject to electronic monitoring is deleted. All other conditions of release are to remain in effect.

IT IS SO ORDERED.

DATED: 3/10/2014

_____
Hon. Paul. S. Grewal
United States Magistrate Judge

STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING RELEASE CONDITIONS. - 4