Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant SANJIV KAKKAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>SANJIV KAKKAR, et al<br><br>    Defendants | No. CR 13-0736 EJD  [PSG]<br><br>**STIPULATION AND [~~PROPOSED~~]  ORDER MODIFYING RELEASE CONDITIONS AND PERMITTING TRAVEL** |

The parties stipulate, and request that the court Order, the following:

1.  Mr. Sanjiv Kakkar and his wife Neelam Kakkar are charged in a seven count indictment with false statements to a bank (Count One, 18 U.S.C. Sect. 1014) and wire fraud, (Counts Two through Seven, 18 U.S.C. Sect. 1343).  Both have been abiding by the standard travel restrictions in this district.

STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING RELEASE CONDITIONS. - 1

2.  Mr. Kakkar's mother died on Friday, May 8, 3025.  Her funeral is scheduled for Tuesday, May 19, 2015 in Reading, England.  Mr. Kakkar needs to travel to England to attend his mother's funeral and handle the tasks associated with the passing of a parent.  He is requesting that his passport be returned to him and that he be allowed to travel to England from May 16 to May 28, 2015 for these purposes.

3.  Pretrial services does not object to the proposed travel, and has been provided with the particulars of Mr. Kakkar's travel plans.  He will be staying at his mother's house in Reading, England during the time he is in the UK.

5.  For the above reasons, the parties respectfully request that the release conditions for Mr. Kakkar be modified as follows: his passport be returned to him for the purposes of travel, and he may be allowed to travel to the United Kingdom from May 16, 2015 to May 28, 2015.

Respectfully submitted,

Dated: May 14, 2015        By:_____/s/_____
                            PETER A. LEEMING,
                            Attorney for Sanjiv Kakkar


                            __/s/ Amie Rooney___
                            Assistant U.S. Attorney

STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING RELEASE CONDITIONS. - 2

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. CR 13-0736 EJD  [PSG] |
|                                      ) | |
|             Plaintiff,               ) | [~~PROPOSED~~] **ORDER MODIFYING** |
|                                      ) | **RELEASE CONDITIONS** |
|        vs.                           ) | |
|                                      ) | |
| SANJIV KAKKAR, et al,                ) | |
|                                      ) | |
|             Defendants               ) | |

For the reasons stated in the above Stipulation, Mr. Sanjiv Kakkar's passport may be returned to him for the purposes of travel, and he may be allowed to travel to the United Kingdom from May 16, 2015 to May 28, 2015. All other conditions of release are to remain in effect.  Mr. Kakkar is directed to surrender his passport to U.S. Pretrial Services immediately upon his return.

IT IS SO ORDERED.

DATED: 5/14/2015

Hon. Paul. S. Grewal
United States Magistrate Judge

STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING RELEASE CONDITIONS. - 3