Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant SANJIV KAKKAR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>SANJIV KAKKAR, et al<br><br>  Defendants | No. CR 13-0736 EJD [PSG]<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER MODIFYING RELEASE<br>CONDITIONS AND PERMITTING<br>TRAVEL** |

The parties stipulate, and request that the court Order, the following:

1.  Mr. Sanjiv Kakkar and his wife Neelam Kakkar are charged in a seven count indictment with false statements to a bank (Count One, 18 U.S.C. Sect. 1014) and wire fraud, (Counts Two through Seven, 18 U.S.C. Sect. 1343). Both have been abiding by the standard travel restrictions in this district.

STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING RELEASE CONDITIONS. - 1

2. Mr. Kakkar's mother died on Friday, May 8, 2015. Mr. Kakkar sought leave to travel to her funeral in Reading, England on Tuesday, May 19, 2015, which was granted. Mr. Kakkar now seeks permission to travel to Haridar, India for the religious ceremony after death consistent with his Hindu religion. He is requesting that his passport be returned to him and that he be allowed to travel to India from November 3, 2015 to November 22, 2015 for these purposes.

3. Pretrial services does not object to the proposed travel, and has been provided with the particulars of Mr. Kakkar's travel plans. Mr. Kakkar will be staying with relatives in Delhi, India for the duration of his stay.

5. For the above reasons, the parties respectfully request that the release conditions for Mr. Kakkar be modified as follows: that his passport is to be returned to him for the purposes of travel, and he may be allowed to travel to India from November 3, 2015 to November 22, 2015 for the reasons outlined in this Stipulation.

Respectfully submitted,

Dated: October 28, 2015     By:_____/s/_____
                            PETER A. LEEMING,
                            Attorney for Sanjiv Kakkar


                            _/s/ Amie Rooney___
                            Assistant U.S. Attorney

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-0736 EJD  [PSG] |
|     ) | |
|     Plaintiff, ) | **[PROPOSED] ORDER MODIFYING** |
|     ) | **RELEASE CONDITIONS** |
|   vs. ) | |
|     ) | |
| SANJIV KAKKAR, et al, ) | |
|     ) | |
|     Defendants ) | |

For the reasons stated in the above Stipulation, Mr. Sanjiv Kakkar's passport may be returned to him for the purposes of travel, and he may be allowed to travel to India from November 3, 2015 to November 22, 2015. All other conditions of release are to remain in effect.  Mr. Kakkar is directed to supply all travel details to the United States Pretrial Services, and to surrender his passport to U.S. Pretrial Services immediately upon his return.

IT IS SO ORDERED.

DATED: 10/29/2015

_____
Hon. Paul. S. Grewal
United States Magistrate Judge

STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING RELEASE CONDITIONS. - 3