1

2                        UNITED STATES DISTRICT COURT

3                        NORTHERN DISTRICT OF CALIFORNIA

4                              SAN JOSE DIVISION

5

6    UNITED STATES OF AMERICA,              Case No.   5:13-cr-00736-EJD-1

7                    Plaintiff,             **ORDER RE CERTIFICATE OF**
                                            **APPEALABILITY**
8            v.

9    SANJIV KAKKAR,                         Re: Dkt. No. 244

10                   Defendant.

11          On August 22, 2022, the Ninth Circuit remanded the above-entitled action to this Court for

12   the limited purpose of granting or denying a certificate of appealability.  A movant may appeal a

13   district court's dismissal of a § 2255 motion only after obtaining a certificate of appealability from

14   the district court or circuit court.  28 U.S.C. § 2253(c)(1)(B).  "A certificate of appealability may

15   issue . . . only if the applicant has made a substantial showing of the denial of a constitutional

16   right."  28 U.S.C. § 2253(c)(2).  This standard is satisfied if "jurists of reason could disagree with

17   the district court's resolution of [the] constitutional claims" or "conclude the issues presented are

18   adequate to deserve encouragement to proceed further."  *Miller-El v. Cockrell*, 537 U.S. 322, 327

19   (2003) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).  A certificate of appealability as to

20   Kakkar's constitutional claims will not issue.  This is not a case in which "reasonable jurists would

21   find the [Court's] assessment of the constitutional claims debatable or wrong."  *Slack*, 529 U.S. at

22   484.

23          **IT IS SO ORDERED.**

24   Dated: August 31, 2022

25

26   _____

27   EDWARD J. DAVILA
     United States District Judge

28   Case No.: 5:13-cr-00736-EJD-1
     ORDER RE CERTIFICATE OF APPEALABILITY

United States District Court
Northern District of California